858

No. 336, Misc.  CARR *v.* MARTIN, WARDEN.  Appellate Division of the Supreme Court of New York.  Certiorari denied.

No. 341, Misc.  MATTHEWS *v.* BURFORD, WARDEN. Criminal Court of Appeals of Oklahoma.  Certiorari denied.

No. 351, Misc.  EGGERS *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.  *Morris Lavine* for petitioner.  *Fred N. Howser,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for respondent.

No. 380, Misc.  O'NEILL *v.* CALIFORNIA ET AL.  Supreme Court of California.  Certiorari denied.

No. 532.  KOTT ET AL. *v.* UNITED STATES, *ante,* p. 837. Rehearing denied.

No. 535.  JOSEPHSON *v.* UNITED STATES, *ante,* p. 838. Rehearing denied.

No. 545.  INDIANA EX REL. MAVITY *v.* TYNDALL ET AL., *ante,* p. 834.  Rehearing denied.